**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

KENNETH MICHAEL JONES,      )
                                  )
       Plaintiff,           )
                                  )
       v.                )           No. 19-316C
                                  )           (Judge Dietz)
THE UNITED STATES,          )
                                  )
       Defendant.        )

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 27, 2021 (ECF No. 31), the parties respectfully submit this joint status report.

Plaintiff, Kenneth Jones, challenges his discharge from the United States Air Force in August 2018. *See* Complaint ¶¶ 1, 8 (EFC No. 1). He alleges, among other things, that the Air Force erred in finding him fit for duty in February 2017, and in denying him a Medical Evaluation Board. *See* Complaint ¶ 2. On April 30, 2019, the Court granted the parties' joint motion to stay further proceedings, including the Government's response to the complaint, so that the Air Force Board for Correction of Military Records (AFBCMR or board) could review the matter. *See* ECF No. 6. This action currently is stayed.

The board previously advised the Air Force that an AFBCMR panel heard the matter in May 2021 and prepared a recommendation concerning the disposition of plaintiff's request for medical retirement. The Parties had been advised that the recommendation was "forwarded [to] the AFBCMR .... The case team members are completing the closure actions according to process". On July 29, 2021, after 5PM EST, Plaintiff's counsel was provided a copy of the decision documents.

1

For these reasons, the parties the parties respectfully request that the stay of all

proceedings in this case be continued pending further order of the Court.  The parties also

respectfully request that they be granted leave to file another status report on or before

Wednesday, September 1, 2021, or such other date that is convenient to the Court.

Respectfully submitted,

s/ Michael D.J. Eisenberg
Michael D.J. Eisenberg
Law Office of Michael D.J. Eisenberg 700
12th Street, NW, Suite 700
Washington, DC 20005
O: (202) 558-6371
F: (202) 403-3430
Email: Michael@Eisenberg-lawoffice.com
Counsel for Plaintiff

BRIAN. M. BOYNTON
Acting Assistant Attorney General

MARTIN F. HOCKEY, JR.
Acting Director

s/ *Deborah A. Bynum*

OF COUNSEL:

DEBORAH A. BYNUM
Assistant Director

SCOTT W. MEDLYN
Maj, U.S. Air Force
Civil Litigation Division
Joint Base Andrews, MD

s/ *Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC  20044
Telephone: (202) 305-7788
Email: Richard.Schroeder@usdoj.gov
Attorneys for Defendant

Dated: July 29, 2021